March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Nabriel Melendez              ,
                 Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 620 (mag) (_) (_)

Defendant __Nabriel Melendez__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Nabriel Melendez by Martin Cohen
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Nabriel Melendez
Print Defendant's Name

/s/ Martin Cohen
Defense Counsel's Signature

Martin Cohen
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

1/19/21
Date

/s/ Stuart J. Aaron
U.S. Magistrate Judge